IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LORENZO JERMAINE SMITH, | ) |
| Plaintiff, | ) |
| v. | )  CV 02-C-2181-W |
| CHERYL PRICE, et al., | ) |
| Defendants. | ) |

FILED 03 JUL 24 AM 7:47 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED JUL 2 4 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 23, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on June 4, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED** to the extent it recommends dismissal of the claims against all of the defendants except Classification Specialist M. Guffey. With regard to Guffey, this matter is referred to the magistrate judge for further proceedings. It further appears that the plaintiff may have failed to name the proper party defendants in light of his purported claims. An appropriate order will be entered.

DATED this 23rd day of July, 2003.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE

