IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**ENTERED**
AUG 23 2004

| | |
|---|---|
| LORENZO JERMAINE SMITH, | ) |
| Plaintiff, | ) |
| v. | ) CV 02-C-2181-W |
| CHERYL PRICE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

On July 22, 2004, the magistrate judge entered a report and recommendation in this action filed pursuant to 42 U.S.C. § 1983, recommending that summary judgment be granted to defendant Guffey. Plaintiff filed no objections to the report and recommendation. Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, the court is of the opinion that the magistrate judge's findings of fact and conclusions of law are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.

Thus, the court EXPRESSLY FINDS that there are no genuine issues of material fact showing that defendant Guffey violated plaintiff's right to due process of law. Therefore, defendant Guffey is entitled to judgment as a matter of law, and as such, the motion for summary judgment filed by defendant Guffey is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.

An appropriate order will be entered.

DATED this 20th day of August, 2004.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE